**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JONATHAN SIMKUS, on behalf of himself and the classes described herein, | ) ) ) ) | |
| | ) | 11-cv-7425 |
| Plaintiff, | ) ) | |
| vs. | ) ) | Judge Marvin E. Aspen Magistrate Judge Sheila M. Finnegan |
| | ) | |
| CAVALRY PORTFOLIO SERVICES, LLC and CAVALRY INVESTMENTS, LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO CITE ADDITIONAL AUTHORITY

Plaintiff Jonathan Simkus respectfully requests leave to cite additional authority in opposition to Defendants' motion to dismiss.

In support of this motion, Plaintiff states as follows:

1. Plaintiff brought this action, claiming that Defendants violated the Fair Debt Collection Practices Act ("FDCPA") and state law by seeking to collect retroactive interest.

2. Defendants' filed a motion to dismiss which is fully briefed.

3. On April 12, 2012, the Honorable Harry D. Leinenweber granted in part and denied in part a motion to dismiss in a case, like the case at bar, in which the plaintiff claimed that the defendants violated the FDCPA and state law by attempting to collect interest which the original creditor had waived. *Terech v. First Resolution Mgmt. Corp.*, 2011 C 4076 (N.D. Ill.). Judge Leinenweber held that the plaintiff had alleged sufficient facts in his FDCPA claim to meet the requirements of Fed. R. Civ. P. 8. Judge Leinenweber's decision is attached

1

hereto as Exhibit A.

    4.  Similarly, on March 8, 2012, the defendant's Fed. R. Civ. P. 12(b)(6) motion to dismiss was denied in *McDonald v. Asset Acceptance, LLC* (Case No. 11 C 13080, E.D. MI.), another case in which the plaintiff challenges the imposition and collection of retroactive interest. A transcript of the oral argument and the court's ruling is attached hereto as Exhibit B.

    WHEREFORE, for the foregoing reasons, Plaintiff respectfully asks the Court for leave to cite additional authority in opposition to Defendants' motion to dismiss.

              Respectfully submitted,

              s/Francis R. Greene
              Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
  & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Francis R. Greene, hereby certify that on April 12, 2012, I caused to be filed the foregoing document via the CM/ECF System, which caused to be sent notification of such filing to the following parties via electronic mail:

Anna-Katrina S. Christakis
kchristakis@gradypilgrim.com

Raechelle Delarmente Norman
rnorman@gradypilgrim.com

                                                          s/Francis R. Greene
                                                          Francis R. Greene