**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JONATHAN SIMKUS, on behalf of himself and the classes defined herein, ) ) ) | |
| Plaintiff, ) | Case No. 11-cv-7425 |
| v. ) ) | Judge Marvin E. Aspen |
| CAVALRY PORTFOLIO SERVICES, LLC; and ) CAVALRY INVESTMENTS, LLC, ) ) | Magistrate Judge Sheila M. Finnegan |
| Defendants. ) | |

## MOTION FOR LEAVE TO RESPOND TO PLAINTIFF'S ADDITIONAL AUTHORITY

Defendants, CAVALRY PORTFOLIO SERVICES, LLC and CAVALRY INVESTMENTS, LLC (collectively, "Defendants" or "CPS"), by their attorneys, Anna-Katrina S. Christakis and Raechelle Delarmente Norman, Grady Pilgrim Christakis Bell LLP, *of counsel*, respectfully request leave to file a Response to Plaintiff's Additional Authority filed on April 12, 2012. In support of this motion, Defendants state as follows:

1. On April 12, 2012, Plaintiff filed his Motion for Leave to Cite Additional Authority (Docket No. 31). Therein, Plaintiff requested to cite an April 12, 2012, decision in Terech v. First Resolution Mgmt. Corp., 2011 CD 4076 (N.D. Ill.), and a March 8, 2012, ruling in McDonald v. Asset Acceptance, LLC, Case No. 11 C 13080 (E.D. MI).

2. Plaintiff's Motion was granted without appearance on April 13, 2012. (Docket No. 33.)

3. Defendants would like an opportunity to respond to Plaintiff's Additional Authority in writing.

WHEREFORE, for the foregoing reasons, Defendants respectfully ask the Court for leave to file a Response to Plaintiff's Additional Authority by April 25, 2012.

        Respectfully submitted,

        CAVALRY PORTFOLIO SERVICES, LLC and
        CAVALRY INVESTMENTS LLC

By:   /s Raechelle Delarmente Norman
        One of their Attorneys


Anna-Katrina S. Christakis (ARDC #6242675)
Raechelle Delarmente Norman (ARDC #6292683)
Grady Pilgrim Christakis Bell LLP
53 West Jackson Boulevard, Suite 1515
Chicago, Illinois 60604
Ph. (312) 939-0953
Fax (312) 939-0983

## CERTIFICATE OF SERVICE

       Raechelle Delarmente Norman, an attorney, certifies that on April 16, 2012, she electronically filed the foregoing **Defendants' Motion for Leave to Respond to Plaintiff's Additional Authority**, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
dedleman@edcombs.com

Cathleen M. Combs
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
ccombs@edcombs.com

Francis R. Greene
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
fgreene@edcombs.com

James O. Latturner
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
jlatturner@edcombs.com

                                        /s/ Raechelle Delarmente Norman