**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JONATHAN SIMKUS, | ) | |
| on behalf of himself and the classes | ) | |
| described herein, | ) | |
| | ) | 11-cv-7425 |
| Plaintiff, | ) | |
| | ) | Judge Marvin E. Aspen |
| vs. | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| CAVALRY PORTFOLIO SERVICES, | ) | |
| LLC and CAVALRY SPV I, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO WITHDRAW CLASS ALLEGATIONS**

Plaintiff Jonathon Simkus respectfully asks the Court for leave to withdraw his class allegations. In support of this motion, plaintiff states as follows:

1.      Plaintiff's amended complaint asserts claims on behalf of several classes.

2.      Plaintiff wishes to withdraw those class allegations and go forward with this case on an individual basis.

3.      Defendants will not be prejudiced by this motion.

WHEREFORE, for the foregoing reasons, Plaintiff Jonathon Simkus respectfully asks the Court for leave to withdraw his class allegations.

Respectfully submitted,

s/Francis R. Greene
Francis R. Greene

Daniel A. Edelman
Catherine M. Combs
James O. Latturner
Francis R. Greene

1

EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## <u>CERTIFICATE OF SERVICE</u>

I, Francis R. Greene, hereby certify that on March 28, 2013, I caused to be filed the foregoing document via the CM/ECF System, which caused to be sent notification of such filing to the following parties via electronic mail:

Anna-Katrina S. Christakis
kchristakis@gradypilgrim.com

Raechelle Delarmente Norman
rnorman@gradypilgrim.com

<u>s/Francis R. Greene</u>
Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
      & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

3