**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JONATHAN SIMKUS, on behalf of himself and the classes described herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 11-cv-7425 |
| vs. | ) ) ) | Judge Marvin E. Aspen Magistrate Judge Sheila M. Finnegan |
| CAVALRY PORTFOLIO SERVICES, LLC and CAVALRY SPV I, LLC, | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO
VOLUNTARILY DISMISS COUNTS II AND III**

Plaintiff Jonathon Simkus hereby moves the Court for entry of an order dismissing Counts II and III of his First Amended Complaint without prejudice.

In support of this motion, plaintiff states as follows:

1. Plaintiff filed his First Amended Complaint on November 12, 2012 [Doc. 65].

2. Plaintiff no longer wishes to pursue Counts II and III of his First Amended Complaint.

3. Plaintiff will be filing his motion for summary judgement shortly with respect to Count I of the First Amended Complaint.

4. Counsel for plaintiff has consulted with defendants' counsel and they do not object to this motion.

Wherefore, for the foregoing reasons, plaintiff respectfully asks the Court to enter an order dismissing Counts II and III of his First Amended Complaint without prejudice.

        Respectfully submitted,

        s/Francis R. Greene
        Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Francis R. Greene, hereby certify that on June 19, 2013, I caused to be filed the foregoing document via the CM/ECF System, which caused to be sent notification of such filing to the following parties via electronic mail:

Anna-Katrina S. Christakis
kchristakis@gradypilgrim.com

Raechelle Delarmente Norman
rnorman@gradypilgrim.com

s/Francis R. Greene
Francis R. Greene